# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH OSBORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-2335-KGG |
| | ) |
| C&D COMPLETE BUSINESS | ) |
| SOLUTIONS, INC., and | ) |
| SONYA CUMMINGS | ) |
| | ) |
| Defendants. | ) |

## ORDER OF JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment (Doc. 64), due notice having been given, the Court having been fully advised, and an Order of Default having previously been entered against Defendants,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, Joseph Osborne, and against Defendants, C & D Complete Business Solutions, Inc., and Sonya Cummings, as follows:

1. $1,000.00 statutory damages for Defendants' violation of the Fair Debt Collection Practices Act.

2. 10,000.00 statutory damages for Defendants' Violation of the Kansas Consumer Protection Act.

3. $5,000.00 actual damages, as established by Plaintiff's affidavit, for Defendants' violation of the Fair Debt Collection Practices Act and the Kansas Consumer Protection Act.

4. $17,268.00 for Plaintiff's attorneys' fees.

5. $542.00 for Plaintiff's costs.

6. Total Judgment in the amount of **$33,810.00**.

**IT IS SO ORDERED**.

Dated at Wichita, Kansas, on this 25th day of June, 2013.

                                       S/ KENNETH G. GALE
                                       Kenneth G. Gale
                                       United States Magistrate Judge